

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00159-CV

Ronald **MENSCH**,
Appellant

v.

**STATE FARM FIRE & CASUALTY COMPANY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI02326
Honorable Stephani Walsh, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  July 15, 2015

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* Tex. R. App. P. 42.1(a)(1). Appellant also requests that each party be ordered to bear its own appellate costs. However, the motion does not disclose an agreement of the parties regarding the assessment of costs; accordingly, all costs of appeal will be assessed against appellant. *See* Tex. R. App. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM